RECEIVED

## Application to Appeal In Forma Pauperis

2010 MAY 21 AM 10: 16

F APPEALS
FOURTH CIRCUIT

JAMAL AZEEZ v. KRISTEN KELLER et al   Appeal No. 10-1515
District Court or Agency No. _____

| A. Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: [signature] | Date: May 17, 2010 |

FILED
JUN - 9 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of Virginia

**B. My issues on appeal are (required):**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months  Not Married | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment DID NOT WORK SINCE DECEMBER 2009 | $1,720.00 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 1,720 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A | $ 0 | $ N/A |
| Total monthly income: | $ 1,720 | $ N/A | $ 0 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| CL Services | 43-25 Crese ESt NY. Long Island City | 9/09 – 11/09 | 5,450.00 |
| TACT Med Staff | 111 Water St, NY NY | 8/09 – 12/09 | 6,444.00 |

Background checks responsible for termination of both jobs

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 52

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NORTHFORK/CAPITOL | Checking | $ 52K Varies | $ N/A |
| | Saving | $ 101K Varies | $ N/A |
| | | $ | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| 0 | N/A | 0 | | Make & year: TOYOTA YARIS | |
| | | 0 | | Model: 07 | |
| | | 0 | | Registration #: 8801248 | |

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: NONE | N/A | NONE | N/A | NONE | N/A |

Model:

Registration #:

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | 0 | N/A |
| | | N/A |
| | | N/A |

7. State the persons who rely on you or your spouse for support.

| Initials | Relationship | Age |
|---|---|---|
| NONE | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $750.00 | $ N/A |
| Are real-estate taxes included?  [ ] Yes [X] No | | |
| Is property insurance included?  [ ] Yes [X] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $150.00 | $ N/A |

|  | You | Your Spouse |
|---|---|---|
| Home maintenance (repairs and upkeep) | $100 varies | $ N/A |
| Food | $500 varies | $ N/A |
| Clothing | $50 varies | $ N/A |
| Laundry and dry-cleaning | $25 varies | $ N/A |
| Medical and dental expenses  *No medical Insurance* | $160 varies | $ N/A |
| Transportation (not including motor vehicle payments) | $280 varies | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $200 varies | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
|    Homeowner's or renter's | $ 0 | $ N/A |
|    Life | $ 0 | $ N/A |
|    Health | $ 0 | $ N/A |
|    Motor Vehicle | $ 60 | $ N/A |
|    Other: N/A | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $ 0 | $ N/A |
| Installment payments |  |  |
|    Motor Vehicle | $ 0 | $ N/A |
|    Credit card (name): BOA M/C | $ 750 (varies) | $ N/A |
|    Department Store (name): _____ | $ 0 | $ N/A |
|    Other: _____ | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): _____ | $ 0 | $ N/A |
| **Total monthly expenses:** | $2325 (varies) | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
[X] Yes   [ ] No        If yes, describe on an attached sheet.

I don't believe I can find meaningful work because of my criminal background checks.

-4-

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*   [ ] Yes   [X] No   Pro Se

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:

N/A

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*   [ ] Yes   [X] No   Pro Se

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:

N/A

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I owed in the excess $100,000.00 in borrowed funds for legal fees during 12 years of incarceration.

13. *Identify the city and state of your legal residence.*
City SOUTH FLORAL PK   State NY
Your daytime phone number: 516-476-1779
Your age: 57   Your years of schooling: 16
Last four digits of your social security number: 3312

The District Court denied my motion for Expungement of Criminal Records from a federally reversed conviction. Background checks reveal existence of crimes I did not commit, charges or was not convicted for, and crimes that I was wrongfully accused of that recently were reversed by the federal district court in W.Va. This appeal is based on asking the 4CCOA to reverse and remand the Expungement motion. Thank you.